■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY

Morrall, Appellant.—Judgment, Supreme Court, New York County, rendered on January 11, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Fein, Sandler and Carro, JJ.